# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **ANDREA PEDRO-FRANCISCO,** | § | |
| | § | |
| ***Petitioner*,** | § | |
| | § | |
| **v.** | § | **No. 3:26-CV-01175-LS** |
| | § | |
| **DEPARTMENT OF HOMELAND SECURITY,** | § | |
| | § | |
| | § | |
| ***Respondent*.** | § | |

## FINAL JUDGMENT

Consistent with its order entered today and Federal Rule of Civil Procedure 58, the Court enters this final judgment and dismisses this case without prejudice. The Clerk shall close the case.

**SO ORDERED**.

**SIGNED** and **ENTERED** on May 26, 2026.



**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**